[No. 21191-6-III. Division Three. September 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER CORDERO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-8-00579-5, Salvatore F. Cozza, J., entered June 4, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 21307-2-III. Division Three. September 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL J. TENNYHILL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00059-8, Vic L. VanderSchoor and Dennis D. Yule, JJ., entered July 24 and September 25, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21318-8-III. Division Three. September 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARYL ROSE RUSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00334-7, Tari S. Eitzen and Richard J. Schroeder, JJ., entered July 1 and 30, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 21406-1-III. Division Three. September 4, 2003.]

ERIC J. SMITH, *Appellant*, v. CHERYL A. JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 02-3-00058-6, David Frazier, J., entered June 25, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.